[No. 32603-9-III. Division Three. August 25, 2015.]

THOMAS F. MERRY, *Appellant*, v. QUALITY LOAN SERVICE
CORPORATION OF WASHINGTON, INC., ET AL.,
*Respondents*.

 by unpublished opinion per Lawrence-
Berrey, J.; Kormso, J., concurring in the result only; Brown,
A.C.J., concurring separately.

[No. 33231-4-III. Division Three. August 25, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY ALLEN
ROETGER, *Appellant*.

 by unpublished opinion per
Brown, A.C.J., concurred in by Korsmo and Lawrence-
Berrey, JJ.

[No. 33233-1-III. Division Three. August 25, 2015.]

VFW 3348 FOUNDATION, *Appellant*, v. ALBERT BREDE ET AL.,
*Respondents*.

 by unpublished opinion per
Brown, A.C.J., concurred in by Korsmo and Lawrence-
Berrey, JJ.